No. 91–6849. FRIERSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE WHITE would grant certiorari. ■

No. 91–1216. SUTHERLAND v. SUTHERLAND. Ct. App. Cal., 2d App. Dist. Motions of Institute in Basic Life Principles et al. and Lincoln Legal Foundation for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 91–1236. ABRAHAM, DISTRICT ATTORNEY OF PHILADELPHIA COUNTY v. HARRIS ET AL. C. A. 3d Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied. JUSTICE WHITE would grant certiorari. ■

No. 91–1240. ENGELKE v. SCHER. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–1280. ZANT, WARDEN v. HORTON. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.